IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RACHEL TYE          :
                    :
    v.              :     NO.  11-6822
                    :
NCO FINANCIAL SYSTEMS, INC.   :
                    :

JUDGMENT

BEFORE STENGEL, J.

AND NOW, to wit, this 6th day of January, 2012, It is ORDERED that in accordance with NCO FINANCIAL SYSTEMS, INC.'S offer of judgment and plaintiffs acceptance pursuant to F.R.C.P. 68, judgment is entered in favor of plaintiff and against NCO FINANCIAL SYSTEMS, INC. in the amount of $750.00 together with interest and costs.

BY THE COURT:

ATTEST:

_____
Deputy Clerk

judg